# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. 5:19-CV-00049 (VEB)

CELINA TORRES,

                    Plaintiff,          JUDGMENT

vs.

ANDREW M. SAUL, Commissioner of
Social Security,

                    Defendant.

For the reasons set forth in the accompanying Decision and Order, it is hereby

ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding

the case for further proceedings is DENIED; (2) the Commissioner's request for an

order affirming the Commissioner's final decision and dismissing the action is GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 31st day of October, 2019,


/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE